# Third District Court of Appeal

## State of Florida

Opinion filed October 21, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-807
Lower Tribunal No. 01-1698
_____

**Gloria Yvene Brown,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Gloria Yvene Brown, in proper person.

Pamela Jo Bondi, Attorney General, and Jonathan Tanoos, Assistant Attorney General, for appellee.

Before SUAREZ, C.J., and LAGOA and LOGUE, JJ.

LAGOA, J.

Gloria Brown ("Brown") appeals from the trial court's denial of her Florida Rule of Criminal Procedure 3.800(a) motion. We affirm the trial court's order. However, as the State properly concedes, a review of the sentencing hearing

transcript shows that no record evidence exists for the predicate felony because defense counsel stipulated to the habitual offender enhancement. A review of the record also shows that defense counsel stipulated that Brown qualified as a habitual felony offender, not as a habitual <u>violent</u> felony offender. Accordingly, we affirm the trial court's order without prejudice to Brown filing a Florida Rule of Criminal Procedure 3.800(a) motion presenting a legally sufficient claim as to the habitual violent felony offender enhancement of her sentence.[1]

---

[1] We express no opinion as to the merits of the motion.